1
2
3
4
5
6
7
8
9
10

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL. POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 8/3/09

DEPUTY CLERK



"O"

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

AUG - 3 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEREE RENA WALDON,<br><br>               Petitioner,<br>    vs.<br><br>TINA HORNBEAK, Warden,<br><br>             Respondent. | Case No. EDCV 09-1312-SJO (RNB)<br><br>ORDER SUMMARILY DISMISSING PETITION FOR WRIT OF HABEAS CORPUS FOR LACK OF SUBJECT MATTER JURISDICTION |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

      On July 13, 2009, petitioner filed a Petition for Writ of Habeas Corpus by a Person in State Custody herein.  The Petition purports to be directed to a 2003 Riverside County Superior Court judgment of conviction, for which petitioner received an aggregate determinate sentence of 17 years in state prison.

      It appears from the face of the Petition that it is directed to the same judgment of conviction as the prior habeas petition filed by petitioner in this Court on October 17, 2005, in Case No. EDCV 05-0965-SJO (RNB).  On August 1, 2006, Judgment was entered in Case No. EDCV 05-0965-SJO (RNB) denying the habeas petition and dismissing the action with prejudice.  Petitioner did not file a notice of appeal from that Judgment.

      The Petition now pending is governed by the provisions of the Antiterrorism and Effective Death Penalty Act of 1996 (Pub. L. 104-132, 110 Stat. 1214) ("the

1  Act") which became effective April 24, 1996.  Section 106 of the Act amended 28
2  U.S.C. § 2244(b) to read, in pertinent part, as follows:

3  *(1)   A claim presented in a second or successive habeas corpus*
4  *application under section 2254 that was presented in a prior*
5  *application shall be dismissed.*

6  *(2)   A claim presented in a second or successive habeas corpus*
7  *application under section 2254 that was not presented in a prior*
8  *application shall be dismissed unless--*

9  *(A)   the applicant shows that the claim relies on a new*
10  *rule of constitutional law, made retroactive to cases on collateral*
11  *review by the Supreme Court, that was previously unavailable; or*

12  *(B)(i) the factual predicate for the claim could not have*
13  *been discovered previously through the exercise of due diligence;*
14  *and*

15  *(ii)   the facts underlying the claim, if proven and viewed*
16  *in light of the evidence as a whole, would be sufficient to*
17  *establish by clear and convincing evidence that, but for*
18  *constitutional error, no reasonable factfinder would have found*
19  *the applicant guilty of the underlying offense.*

20  *(3)   (A)   Before a second or successive application permitted*
21  *by this section is filed in the district court, the applicant shall*
22  *move in the appropriate court of appeals for an order authorizing*
23  *the district court to consider the application.*

24

25  Since petitioner appears to be alleging new claims that were not raised in the
26  Petition in Case No. EDCV 05-0965-SJO (RNB), it was incumbent on her under §
27  2244(b)(3)(A) to secure an order from the Ninth Circuit authorizing the District Court
28  to consider the instant Petition, prior to her filing of it in this Court.  Petitioner's

1   failure to do so deprives the Court of subject matter jurisdiction to consider the

2   Petition. <u>See</u> <u>Cooper v. Calderon</u>, 274 F.3d 1270, 1274 (9th Cir. 2001), <u>cert.</u> <u>denied</u>,

3   538 U.S. 984 (2003).

4        IT THEREFORE IS ORDERED that this action be summarily dismissed,

5   pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States

6   District Courts.

7        LET JUDGMENT BE ENTERED ACCORDINGLY.

8

9   DATED: _____

10

11

12                              S. JAMES OTERO
                                 UNITED STATES DISTRICT JUDGE

13   Presented by:

14

15   Robert N. Block
    United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28